IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY CHARLES HARE,

    Petitioner,                   No. CIV S-08-1566 FCD KJN P

    vs.

D.K. SISTO, et al.,

    Respondents.               ORDER

_____/

        Petitioner is a state prisoner proceeding without counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges the 2007 decision by the California Board of Parole Hearings finding him unsuitable for parole. On April 5, 2007, petitioner filed a notice of change of address indicating that he is no longer incarcerated. Because petitioner appears to have been released on parole, he is ordered to show cause why this action should not be dismissed as moot.

////
////
////
////
////

1

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, petitioner shall show cause why this action should not be dismissed as moot.

DATED: May 17, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

hare1566.osc