IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY CHARLES HARE,

    Petitioner,               No. CIV S-08-1566 FCD KJN P

    vs.

D.K. SISTO, et al.,

    Respondents.           <u>FINDINGS & RECOMMENDATIONS</u>

                            /

           By order filed May 18, 2010, petitioner was ordered to show cause within fourteen days why this action should not be dismissed as moot. Fourteen days passed and petitioner did not respond to the show cause order. Accordingly, for the reasons stated in the May 18, 2010, order, this action should be dismissed as moot.

           Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

           These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served

1

1  within fourteen days after service of the objections.  Petitioner is advised that failure to file
2  objections within the specified time may waive the right to appeal the District Court's order.
3  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
4  DATED:  June 22, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

10  har1566.dis